IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)   Crim. No. 1:19-cr-10199-AK
v. )
)
ALLANTE PIRES )

## ASSENTED TO MOTION TO CONTINUE HEARING

Defendant Allante Pires, by and through his attorney, Beau B. Brindley, hereby moves this Honorable Court to continue the hearing scheduled for March 19, 2026. In support, he states as follows:

The undersigned will be undergoing a medical procedure on March 19, 2026, that will render him unable to conduct the scheduled hearing.

Government counsel has indicated that this motion is unopposed. The parties request a new date of April 29 or another date convenient for the Court.

Respectfully submitted,

s/Beau B. Brindley

Attorney for Allante Pires

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878

1

## CERTIFICATE OF SERVICE

The undersigned attorney, Beau Brindley, hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

<u>/s/ Beau Brindley</u>
BEAU BRINDLEY
Attorney for Defendant